**Order entered December 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00999-CR

**JACKY SCOTT GARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81797-2012**

## ORDER

We **GRANT** the State's December 7, 2015 motion to extend time to file brief. The brief, received by this Court on December 7, 2015, is **ORDERED** timely filed as of the date of this order.

/s/    MOLLY FRANCIS
        PRESIDING JUSTICE